GEORGE COLON & COMPANY, Respondent, *v.* EAST 189TH STREET BUILDING AND CONSTRUCTION COMPANY et al., Defendants, and ILLINOIS SURETY COMPANY, Appellant.

*Colon & Co.* v. *East 189th Street Building & Construction Co.*, 149 App. Div. 946, affirmed.

(Argued February 2, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 5, 1912, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to foreclose a mechanic's lien.

*L. Laflin Kellogg* and *Nelson L. Keach* for appellant.

*Louis Marshall, Herman Asher* and *Herman Gettner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.